UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELE HARRINGTON,

      Plaintiff,

Case No. 1:14-cv-686

v.

HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

### ORDER APPROVING AND ADOPTING
### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On September 9, 2015, Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R&R") recommending that the Court reverse the final decision of the Commissioner of Social Security and remand the matter for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 16.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 16) is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of Social Security denying Plaintiff's claim for disability insurance benefits and supplemental security income is **REVERSED**.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).


Dated: September 29, 2015              /s/ Robert Holmes Bell
                                       ROBERT HOLMES BELL
                                       UNITED STATES DISTRICT JUDGE